UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                                    Case No. 24-10892
                                                                      Honorable Stephen J. Murphy, III

KALE K. ROSCOE, JR., et al

          Defendants.

_____/

## ORDER STRIKING STIPULATION TO CONTINUE THE STAY AND STATUS UPDATE

On November 1, 2024, the Plaintiff's counsel filed a Stipulation to Continue the Stay and Status Update. ECF 19. Pursuant to E.D. Mich. Local Electronic Case Filing (ECF) Rule 12(a)(2)(i), a stipulation requires the signature of a pro se party who is not a filing user or a non-attorney. In such cases, the stipulation must be electronically filed, and the proposed order submitted via the Utilities link through the ECF system. The pro se defendants in this case are not electronic filers; therefore, their wet signatures should be affixed to the document and a proposed order should have been submitted.

**IT IS ORDERED** that the Stipulation to Continue the Stay and

Status Update is **STRICKEN**.

Dated: November 4, 2024

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE